IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**RONALD JOHNSON,**

Petitioner,

v.  Civil Action No. **3:16CV992**

**ERIC WILSON,**

Respondent.

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Johnson's Objections (ECF No. 19) are OVERRULED;
2. The Report and Recommendation (ECF No. 15) is ACCEPTED and ADOPTED;
3. The Motion for Summary Judgment (ECF No. 12) is GRANTED;
4. The Motion to Dismiss (ECF No. 9) is DENIED AS MOOT;
5. Johnson's § 2241 Petition (ECF No. 1) is DENIED; and,
6. Johnson's claims and the action are DISMISSED.

Should Johnson desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Johnson and counsel of record.

And it is so ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: FEB 22 2018
Richmond, Virginia